■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORAL RICHARD HUFFMAN, Appellant. (Appeal No. 2.) [732 NYS2d

391] —Judgment unanimously affirmed. Same Memorandum as in *People v Huffman* (288 AD2d 907 [decided herewith]). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Grand Larceny, 4th Degree.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.